# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXI ZUNIGA, JOSEPH DE FELICE, JACKIE MALCOMB, JAMES MAMULA,<br><br>　　　　　Plaintiffs,<br>　　v.<br><br>CHUGACH MAINTENANCE SERVICES, et al.,<br><br>　　　　　Defendants. | CV F 06-0048 AWI LJO<br><br>ORDER VACATING HEARING DATE OF MARCH 6, 2006 AND TAKING MATTER UNDER SUBMISSION |

　　Defendants have noticed for hearing and decision a motion to strike and a motion to dismiss. The matter was scheduled for hearing to be held on March 6, 2006. Pursuant to Local Rule 78-230(c), Plaintiffs were required to file either an opposition or a notice of non-opposition no later than February 21, 2006. Plaintiffs failed to do so.

　　Due to Plaintiffs' failure to file a timely opposition or notice of non-opposition, they are in violation of the Local Rules. See 78-230(c). Plaintiffs are further not entitled to be heard at oral argument in opposition to the motion. See 78-230(c). The undersigned notes that he did receive a document in the undersigned's chamber's mail entitled opposition to motion to strike and opposition to motion to dismiss. This document was not filed with the court pursuant to Rule 5 of the Federal Rules of Civil Procedure and Local Rule 5-133. A courtesy copy sent to chambers does not constitute filing.

　　The court has reviewed Defendants' motion and the applicable law, and has determined that the motion is suitable for decision without oral argument. See Local Rule 78-230(h).

1  Therefore, IT IS HEREBY ORDERED that the previously set hearing date of March 6,
2  2006, is VACATED, and no party shall appear at that time. As of March 6, 2006, the court will
3  take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

**Dated:   February 28, 2006**              /s/ Anthony W. Ishii
0m8i78                                  UNITED STATES DISTRICT JUDGE

2