UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH DE FELICE, et al., | CASE NO. CV F 06-0048 AWI LJO |
| Plaintiff, | **ORDER SETTING FURTHER STATUS CONFERENCE** |
| vs. | |
| CHUGACH MAINTENANCE SERVICES, INC., et al., | |
| Defendants. / | |

The Court SETS a further status conference for September 7, 2006 at 8:15 a.m. in Department 8 (LJO) of this Court. Counsel may appear at the conference by arranging a one line conference call and telephoning the Court at (559) 499-5680. At the time of the conference, plaintiffs' counsel should be prepared to inform the Court of whether he will be remaining in the case. It is the Court's intention to set a scheduling conference within 30 days thereafter regardless of plaintiffs' counsel's status. Therefore, the Court anticipates that appropriate representation will be in place for plaintiffs by the date of the scheduling conference.

IT IS SO ORDERED.

**Dated:   June 29, 2006**            /s/ Lawrence J. O'Neill
b9ed48                                 UNITED STATES MAGISTRATE JUDGE