# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH DE FELICE, et al., | CASE NO. CV F 06-0048 AWI LJO |
| Plaintiffs, | **ORDER TO PLAINTIFFS TO SHOW CAUSE** |
| vs. | |
| CHUGACH MAINTENANCE SERVICES, INC., et al, | |
| Defendants. / | |

Pursuant to this Court's June 29, 2006 order setting a further status conference, this matter came on for a status conference on September 7, 2006 regarding plaintiffs' counsel's continued representation of plaintiffs. Plaintiffs and counsel, however, failed to appear at the conference.

Accordingly, this Court SETS a hearing for September 28, 2006, at 8:45 am. in Department 8, and ORDERS plaintiffs to show cause, in writing, no later than September 21, 2006 why this action should not be dismissed for failure to prosecute the action and for failure to comply with this Court's orders. Plaintiffs' counsel may appear at the hearing by telephone by calling 559-499-5680. No appearance by defendant is necessary.

**Plaintiff is admonished that failure to timely comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

**Dated:   September 7, 2006**              /s/ Lawrence J. O'Neill
b9ed48                                       UNITED STATES MAGISTRATE JUDGE