1
2
3
4
5
6
7

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSEPH DE FELICE, et al., | CASE NO. CV F 06-0048 AWI LJO |
| Plaintiffs, | **ORDER TO SET MANDATORY SCHEDULING CONFERENCE** |
| vs. | |
| CHUGACH MAINTENANCE SERVICES, et al., | Date:  October 31, 2006<br>Time:  8:15 a.m.<br>Dept.:  8 (LJO) |
| Defendants. / | |

This Court conducted a September 28, 2006 status conference to address delays in this action and the status of Kenneth A. Satin as counsel for plaintiffs.  Plaintiffs appeared by telephone by Mr. Satin. Defendants appeared by telephone by Mark E. Terman, Reish, Luftman, Reicher & Cohen. After discussion with counsel and on the basis of good cause, this Court:

1.  SETS the mandatory scheduling conference for October 31, 2006 at 8:15 a.m. in Department 8 (LJO) of this Court.  The parties are encouraged to appear at the mandatory scheduling conference by telephone by arranging a one-line conference call and then adding the Court at (559) 499-5680;

2.  ORDERS the parties, no later than October 24, 2006, to file a Joint Scheduling Report which includes the information required by Exhibit A to the January 13, 2006 order setting the original scheduling conference and to e-mail a copy of the Joint Scheduling Report as an attachment to ljoorders@caed.uscourts.gov and formatted in WordPerfect

1

1        or Word; and

2        3.      ORDERS the parties to otherwise comply with the January 13, 2006 order setting the

3        original scheduling conference.

4        IT IS SO ORDERED.

5   **Dated:      September 28, 2006**              **/s/ Lawrence J. O'Neill**
    66h44d                              UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2