1  Mark E. Terman (CA State Bar #: 116294)
   Pascal Benyamini (CA State Bar #: 203883)
   **REISH LUFTMAN REICHER & COHEN**
2  11755 Wilshire Boulevard, 10th Floor
   Los Angeles, CA 90025-1539
3  Telephone Number: (310) 478-5656
   Facsimile Number: (310) 478-5831
4

5  Attorneys for Defendants CHUGACH MANAGEMENT SERVICES, INC.,
   MEL LYNCH, LORI FROST, MIKE COWART, RICK TATE
6  AND TOBY COWART

7

8               **UNITED STATES DISTRICT COURT**

9              **EASTERN DISTRICT OF CALIFORNIA**

10

11 ALEXI ZUNIGA, JOSEPH DE FELICE,          CASE NO.:  1:06-cv-48AWI(LJO)
   JACKIE MALCOMB, JAMES
12 MAMULA,

13 PLAINTIFFS,

14 vs.                                       **AMENDED STIPULATION OF
                                             DISMISSAL OF ALL CLAIMS BY
15 CHUGACH MANAGEMENT                        PLAINTIFF JOSEPH DE
   SERVICES, INC., (ERRONEOUSLY             FELICE;  ORDER THEREON**
16 SUED AS CHUGACH MAINTENANCE
   SERVICES), MEL LYNCH, LORI
17 FROST, MIKE COWART, RICK TATE
   AND  TOBY  COWART;  AND  DOES  1
18 THROUGH 100, INCLUSIVE,

19 DEFENDANTS.

20

21

22      IT IS HEREBY STIPULATED by and between Plaintiff Joseph De Felice,

23 appearing Pro Se ("Plaintiff De Felice"), Plaintiffs Alexi Zuniga, Jackie Malcomb and

24 James Mamula, through their attorney of record, Michael A. Hirst of Hirst & Chanler

25 LLP, and Defendants Chugach Management Services, Inc. (erroneously sued as

26 Chugach Maintenance Services, Inc.), Mel Lynch, Lori Frost, Mike Cowart, Rick Tate,

27 and Toby Cowart (collectively "Defendants"), through their attorneys of record, Mark

28

                                1

1    E. Terman and Pascal Benyamini of Reish Luftman Reicher & Cohen, that all of

2    Plaintiff De Felice's claims against Defendants in this action shall be dismissed with

3    prejudice and that Plaintiff De Felice and Defendants shall each bear their own

4    attorneys' fees and costs.  The claims of the remaining plaintiffs shall not be affected

5    by this stipulation.

6

7    February __, 2007                    JOSEPH DE FELICE, PRO SE

8                                         /S/

9

10                                        _____

11   February __, 2007                    HIRST & CHANLER LLP

12                                         /S/

13                                         By:_____

14                                         MICHAEL A. HIRST
     Attorneys for Plaintiffs ALEXI ZUNIGA, JACKIE MALCOMB and JAMES
15   MAMULA

16   February __, 2007                    REISH LUFTMAN REICHER & COHEN

17                                         /S/

18                                         By:_____

19                                         MARK E. TERMAN
                                           PASCAL BENYAMINI
20                                         Attorneys for Defendants
                                           CHUGACH MANAGEMENT SERVICES,
21                                         INC., MEL LYNCH, LORI FROST, MIKE
                                           COWART, RICK TATE AND TOBY
22                                         COWART

23

24                                        **ORDER**

25

26   IT IS SO ORDERED.

27   **Dated:    February 9, 2007**            **/s/ Anthony W. Ishii**
     0m8i78                                UNITED STATES DISTRICT JUDGE
28

                                          2