MICHAEL A. HIRST, CA Bar No. 131034
LESLIE GUILLON, CA Bar No. 222400
KEITH ADAMS, CA Bar No. 240497
Hirst & Chanler LLP
455 Capitol Mall, Suite 605
Sacramento, California  95814
Telephone:   (916) 443-6100
Telecopier:  (916) 443-6700

Attorneys for Plaintiffs
Alexi Zuniga, Jackie Malcomb
and James Mamula

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH De FELICE, ALEXI ZUNIGA, JACKIE MALCOMB, and JAMES MAMULA, | 1:06-cv-0048 AWI-NEW (WMW) |
| Plaintiffs, | **STIPULATION FOR JURY TRIAL AND ORDER** |
| v. | |
| CHUGACH MAINTENANCE SERVICES, INC., MIKE COWART, TOBY COWART, LORI FROST, MEL LYNCH, RICK TATE, | Trial:<br>Date: September 23, 2008<br>Time: 8:30 a.m. |
| Defendants. | Court: Courtroom No. 2 |

   WHEREAS, the Scheduling Conference Order states that "[t]here is no record of a demand for jury trial by Plaintiffs";

   WHEREAS, in fact, Plaintiffs requested a jury trial in their initial Case Management Statement filed on December 28, 2005, in Kern County Superior Court;

   WHEREAS, pursuant to California Code of Civil Procedure section 631(d)(4) (jury waived if not requested when case is first set for trial) and California Rules of Court section 3.729 (case is set for trial at the case management conference), Plaintiffs perfected their demand for jury trial under California law;

1     WHEREAS, after removal, if a jury trial demand has been
2 properly made in state court, no new demand is necessary.  Fed.
3 R. Civ. P. 81(c)("A party who, prior to removal, has made an
4 express demand for trial by jury in accordance with state law,
5 need not make a demand after removal"); <u>Lutz v. Glendale Union</u>
6 <u>High School</u>, 403 F.3d 1061, 1063-64 (9th Cir. 2005);

7     THEREFORE, THE PARTIES DO STIPULATE AND AGREE that
8 Plaintiffs have made an appropriate demand for jury trial and are
9 entitled to a trial by jury.

11 Dated: May 18, 2007      By: /s/ Michael A. Hirst
                                       MICHAEL A. HIRST, ESQ.
12                                          LESLIE GUILLON, ESQ.
                                         KEITH ADAMS, ESQ.
13                                          Counsel for Plaintiffs

15
16 Dated: May 18, 2007      By: /s/ Pascal Benyamini
                                         MARK E. TERMAN, ESQ.
                                         PASCAL BENYAMINI, ESQ.
17                                          Counsel for Defendants

19                                         ORDER
20 IT IS SO ORDERED.
21 **Dated:   May 18, 2007**        **/s/ Anthony W. Ishii**
                                         UNITED STATES DISTRICT JUDGE