# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH De FELICE, ALEXI ZUNIGA, JACKIE MALCOMB, and JAMES MAMULA,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>CHUGACH MAINTENANCE SERVICES, INC., MIKE COWART, TOBY COWART, LORI FROST, MEL LYNCH, RICK TATE,<br><br>　　　　　Defendants. | 1:06-cv-48 AWI GSA<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO LIFT STAY<br><br>(Doc. 75) |

On May 29, 2007, Plaintiffs, Alexi Zuniga, Jackie Malcomb, and James Mamula ("Plaintiffs") and the United States filed a motion to stay these proceedings on the basis that Defendant, Chugach Maintenance (erroneously sued as Chugach Maintence Services) was under criminal investigation by the United States for allegations related to this litigation. (Docs. 56 & 57). On November 5, 2007, the Honorable William M. Wunderlich granted the motion and stayed these proceedings. (Doc. 70).

　On October 9, 2009, Plaintiffs filed a Motion to Lift the Stay on the basis that the criminal investigation of Defendant Chugach Management Services Inc., is no longer pending. On October 14, 2009, Defendants Chugach Maintenance Services, Mel Lynch, Lori Fost, Mike Cowart, Rick Tate, and Toby Cowart ("Defendants") filed a non-opposition to the motion. Similarly, the United States of America also filed a non-opposition to Plaintiff's motion on October 19, 2009.

    Given the circumstances and the non-opposition by all interested parties, this Court grants Plaintiffs' motion.  The stay is hereby lifted.  Because there has been no activity in this case for over two years, this Court will hold a status conference on December 3, 2009 at 9:30 in Courtroom 10.  No later than five days prior to the status conference, the parties shall submit a joint status report informing the court of the status of this case, including to the extent possible, any information regarding <u>United States ex rel. Zuniga, et al. v. Chugach Alaska Corporation</u>, et al., 1:06-cv-708 OWW SMS, the related False Claims Act action, and how these cases are related.

    IT IS SO ORDERED.

**Dated:**  **October 22, 2009**           /s/ **Gary S. Austin**
                                                              UNITED STATES MAGISTRATE JUDGE