1  Mark E. Terman (CA State Bar #: 116294)
   markterman@reish.com
2  Pascal Benyamini (CA State Bar #: 203883)
   pascalbenyamini@reish.com
3  **REISH & REICHER**
   11755 Wilshire Boulevard, 10th Floor
4  Los Angeles, CA 90025-1539
   Telephone Number: (310) 478-5656
5  Facsimile Number: (310) 478-5831

6  Attorneys for Defendants CHUGACH ALASKA CORPORATION,
   CHUGACH MANAGEMENT SERVICES, INC.,
7  MEL LYNCH, MICHAEL COWART, TOBY COWART,
   LORI FROST AND RICK TATE

8

9              **UNITED STATES DISTRICT COURT**

10             **EASTERN DISTRICT OF CALIFORNIA**

11

12 JOSEPH DE FELICE, ALEXI ZUNIGA,          CASE NO.: 1:06-cv-0048 AWI (GSA)
   JACKIE MALCOMB, AND JAMES
13 MAMULA

14        Plaintiff(s),                      **ORDER ON STIPULATION TO
                                             ENLARGE TIME TO: (1) FILE
15 vs.                                       RESPONSE TO SECOND AMENDED
                                             COMPLAINT AND (2) MAKE FRCP
16 CHUGACH ALASKA CORPORATION,               26(a)(1)INITIAL DISCLOSURES
   INC.,
17 CHUGACH MANAGEMENT SERVICES,
   INC.,  MEL LYNCH, MICHAEL COWART,
18 TOBY COWART, LORI FROST AND RICK
   TATE,
19
          Defendants.
20

21        IT IS HEREBY STIPULATED by and between Plaintiffs Alexi Zuniga, Jackie

22 Malcomb and James Mamula (collectively "Plaintiffs"), through their attorneys of record, and

23 Defendants Chugach Alaska Corporation, Inc. ("CAC"), Chugach Management Services, Inc.

24 ("CMSI"), Mel Lynch, Michael Cowart, Toby Cowart, Lori Frost, and Rick Tate, through

25 their attorneys of record, as follows:

26        1.      The current deadline for defendants to file their response to the second amended

27 complaint is March 3, 2010.

28        2.      Counsel for the Parties are engaged in meet and confer regarding Defendants'

intended FRCP 12(b)(6) motion to dismiss all defendants except the employer, CMSI. If such meet and confer is successful, judicial time and the Parties resources would be spared. Additional time is needed to conclude such meet and confer and to negotiate possible conditions to voluntary dismissals.

3.     The Parties agree, and request that the Court order, that the time to file responses to the second amended complaint be enlarged by 20 days, to March 23, 2010.

4.     The February 22, 2010 Scheduling Order in this action requires that the initial disclosures pursuant to FRCP 26(a)(1) be made by March 22, 2010.

5.     To parallel the change in the date to file responses to the second amended complaint, the Parties agree, and request that the Court Order, that the initial disclosures date be enlarged to April 12, 2010.

6.     This Stipulation is made in good faith to provide for efficient management of this action

March 1, 2010                     HIRST & CHANLER LLP


                                 By: */s/ Michael A. Hirst*
                                     MICHAEL A. HIRST
                                     LESLIE S. GUILLON
                                     Attorneys for Plaintiffs

March 1, 2010                     REISH & REICHER


                                 By: */s/ Mark E. Terman*
                                     MARK E. TERMAN
                                     PASCAL BENYAMINI
                                     Attorneys for Defendants

                                 **ORDER**


     IT IS SO ORDERED.


Dated:  March 2, 2010                      /s/ Gary S. Austin
                                     HONORABLE GARY S. AUSTIN
                                     United States Magistrate Judge

07858-405
.oc