Mark E. Terman (CA State Bar #: 116294)
markterman@reish.com
Pascal Benyamini (CA State Bar #: 203883)
pascalbenyamini@reish.com
**REISH & REICHER**
11755 Wilshire Boulevard, 10th Floor
Los Angeles, CA 90025-1539
Telephone Number: (310) 478-5656
Facsimile Number: (310) 478-5831

Attorneys for Defendants CHUGACH ALASKA CORPORATION, CHUGACH MANAGEMENT SERVICES, INC., MEL LYNCH, MICHAEL COWART, TOBY COWART, LORI FROST AND RICK TATE

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH DE FELICE, ALEXI ZUNIGA, JACKIE MALCOMB, AND JAMES MAMULA<br><br>        Plaintiff(s),<br><br>vs.<br><br>CHUGACH ALASKA CORPORATION, INC., CHUGACH MANAGEMENT SERVICES, INC., MEL LYNCH, MICHAEL COWART, TOBY COWART, LORI FROST AND RICK TATE,<br><br>        Defendants. | CASE NO.: 1:06-cv-0048 AWI (GSA)<br><br>**ORDER ON STIPULATION TO ENLARGE TIME TO: (1) FILE RESPONSE TO SECOND AMENDED COMPLAINT AND (2) MAKE FRCP 26(a)(1)INITIAL DISCLOSURES** |

    IT IS HEREBY STIPULATED by and between Plaintiffs Alexi Zuniga, Jackie Malcomb and James Mamula (collectively "Plaintiffs"), through their attorneys of record, and Defendants Chugach Alaska Corporation, Inc. ("CAC"), Chugach Management Services, Inc. ("CMSI"), Mel Lynch, Michael Cowart, Toby Cowart, Lori Frost, and Rick Tate, through their attorneys of record, as follows:

    1.    The current deadline for defendants to file their response to the second amended complaint is March 3, 2010.

    2.    Counsel for the Parties are engaged in meet and confer regarding Defendants'

1

07858-405
.oc

STIPULATION TO ENLARGE TIME TO: (1) FILE RESPONSE TO SECOND AMENDED
COMPLAINT AND (2) MAKE FRCP 26(A)(1)INITIAL DISCLOSURES; [PROPOSED] ORDER

1  intended FRCP 12(b)(6) motion to dismiss all defendants except the employer, CMSI.  If such
2  meet and confer is successful, judicial time and the Parties resources would be spared.
3  Additional time is needed to conclude such meet and confer and to negotiate possible
4  conditions to voluntary dismissals.

5       3.     The Parties agree, and request that the Court order, that the time to file
6  responses to the second amended complaint be enlarged by 20 days, to March 23, 2010.

7       4.     The February 22, 2010 Scheduling Order in this action requires that the initial
8  disclosures pursuant to FRCP 26(a)(1) be made by March 22, 2010.

9       5.     To parallel the change in the date to file responses to the second amended
10  complaint, the Parties agree, and request that the Court Order, that the initial disclosures date
11  be enlarged to April 12, 2010.

12       6.     This Stipulation is made in good faith to provide for efficient management of
13  this action

14  March 1, 2010               HIRST & CHANLER LLP

16                                        By: */s/ Michael A. Hirst*
                                              MICHAEL A. HIRST
17                                                LESLIE S. GUILLON
                                              Attorneys for Plaintiffs

18  March 1, 2010               REISH & REICHER

20                                          By: */s/ Mark E. Terman*
21                                                MARK E. TERMAN
                                              PASCAL BENYAMINI
22                                                Attorneys for Defendants

23                                            **ORDER**

25       IT IS SO ORDERED.

27  Dated:  March 2, 2010                     /s/ Gary S. Austin
                                              HONORABLE GARY S. AUSTIN
28                                                United States Magistrate Judge

07858-405
.oc

STIPULATION TO ENLARGE TIME TO: (1) FILE RESPONSE TO SECOND AMENDED
COMPLAINT AND (2) MAKE FRCP 26(A)(1)INITIAL DISCLOSURES; [PROPOSED] ORDER