Mark E. Terman (CA State Bar #: 116294)
markterman@reish.com
Pascal Benyamini (CA State Bar #: 203883)
pascalbenyamini@reish.com
**REISH & REICHER**
11755 Wilshire Boulevard, 10th Floor
Los Angeles, CA 90025-1539
Telephone Number: (310) 478-5656
Facsimile Number: (310) 478-5831

Attorneys for Defendants CHUGACH ALASKA CORPORATION,
CHUGACH MANAGEMENT SERVICES, INC.,
MEL LYNCH, MICHAEL COWART, TOBY COWART,
LORI FROST AND RICK TATE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH DE FELICE, ALEXI ZUNIGA, JACKIE MALCOMB, AND JAMES MAMULA<br><br>Plaintiff(s),<br><br>vs.<br><br>CHUGACH ALASKA CORPORATION, INC., CHUGACH MANAGEMENT SERVICES, INC., MEL LYNCH, MICHAEL COWART, TOBY COWART, LORI FROST AND RICK TATE,<br><br>Defendants. | CASE NO.: 1:06-cv-0048 AWI (GSA)<br><br>**STIPULATION TO ENLARGE TIME TO FILE RESPONSE TO SECOND AMENDED COMPLAINT; ORDER** |

IT IS HEREBY STIPULATED by and between Plaintiffs Alexi Zuniga, Jackie Malcomb and James Mamula (collectively "Plaintiffs"), through their attorneys of record, and Defendants Chugach Alaska Corporation, Inc. ("CAC"), Chugach Management Services, Inc. ("CMSI"), Mel Lynch, Michael Cowart, Toby Cowart, Lori Frost, and Rick Tate, through their attorneys of record, as follows:

1. Upon Stipulation and Order thereon, the original deadline to file responses to the second amended complaint was enlarged from March 3, 2010 to March 23, 2010 to permit the parties time to meet and confer to possibly avoid the need for Rule 12 motions.

2. The parties, having diligently met and conferred, need additional time to negotiate an

1

1  agreement that would avoid the need for Rule 12 motions.

2      3.    The parties agree, and request that the Court order, that the time to file responses to the
3  second amended complaint be enlarged to and including **April 5, 2010**.

4      6.    This Stipulation is made in good faith to provide for efficient management of this
5  action.

6  March 23, 2010                  HIRST & CHANLER LLP

8  By: */s/ Michael A. Hirst*
      MICHAEL A. HIRST
      LESLIE S. GUILLON
9        Attorneys for Plaintiffs

11 March 23, 2010                  REISH & REICHER

13 By: */s/ Mark E. Terman*
      MARK E. TERMAN
14       PASCAL BENYAMINI
      Attorneys for Defendants

16 **ORDER**

17 IT IS SO ORDERED.

19 Dated:   March 24, 2010              /s/ Gary S. Austin
                                           HONORABLE GARY S. AUSTIN
20                                            UNITED STATES MAGISTRATE JUDGE